STATE OF NEW JERSEY v. JOSEPH FERRERA.

June 8, 1982.

Petition for certification denied.

STATE OF NEW JERSEY v. DARRELL NEWTON.

June 8, 1982.

Petition for certification denied.

STATE OF NEW JERSEY v. CHARLES JACKSON.

June 8, 1982.

Petition for certification denied.

STATE OF NEW JERSEY v. JAMES DUTTON.

June 8, 1982.

Petition for certification denied.

STATE OF NEW JERSEY v. WESLEY R. BOLTON.

June 8, 1982.

Petition for certification denied.